**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks                Date: March 1, 2011
Court Reporter: Janet Coppock                              Time: 5 hours and 37 minutes

**CASE NO.  11-cv-00475-PAB-CBS**

<u>Parties</u>                                                                    <u>Counsel</u>

**CEDARBURG PHARMACEUTICALS,**                   Paul Gaide
**INC.,**                                                                           Paul Fisher


            Plaintiff (s),

vs.

**MCB PHARMA, INC., a Colorado**                          Daniel Culhane
**corporation, and**                                                    Paralegal Vale Blackstone
**JUDICIAL ARBITER GROUP, INC., a**                   William Meyer
**Colorado corporation,**


            Defendant (s).


**HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

**9:05 a.m.      COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiff's Emergency Motion for Temporary Restraining Order (Doc #3), filed 2/28/11.**

Page Two
11-cv-00475-PAB-CBS
March 1, 2011

Court determines it has jurisdiction and discusses how this hearing should proceed.

Mr. Meyer indicates that defendant Judicial Arbiter Group, Inc. has no position as to plaintiff's motion for temporary restraining order.

**9:17 a.m.**   Direct examination of defendants' witness Dr. Shawn Zinnen by Mr. Culhane.

Defendants' **exhibit A** (including sections **G** and **H**) identified, offered and ADMITTED, over objection by Mr. Gaide.

Defendants' exhibit **B** identified, offered and ADMITTED.

Defendants' exhibit **C** identified, offered and ADMITTED.

**10:00 a.m.   COURT IN RECESS**

**10: 15 a.m.   COURT IN SESSION**

Mr. Gaide advises that he has reviewed defendants' remaining exhibits.

Defendants' **exhibit E** identified, offered and ADMITTED, over objection by Mr. Gaide.

Defendants' exhibit **F through P (inclusive)** identified, offered and ADMITTED by stipulation.

**10:26 a.m.**   Cross examination by Mr. Gaide.

**11:34 a.m.**   Redirect examination by Mr. Culhane.

Witness excused.

Mr. Gaide indicates he would like to call William Meyer and proffers what his testimony would be.

**ORDERED:**  Mr. Gaide's request to examine William Meyer is **DENIED.**

Mr. Meyer is excused from these proceedings.

Mr. Gaide indicates no additional evidence on behalf of the plaintiff.

**11:46 a.m.**   Argument by Mr. Gaide.  Questions by the Court.

Page Three
11-cv-00475-PAB-CBS
March 1, 2011

**12:21 p.m.**     **COURT IN RECESS**

**1:55 p.m.**     **COURT IN SESSION**

        Argument by Mr. Gaide continues.

**2:27 p.m.**     Argument by Mr. Culhane.

**2:50 p.m.**     **COURT IN RECESS**

**3:20 p.m.**     **COURT IN SESSION**

        Argument by Mr. Culhane continues.

**4:17 p.m.**     Rebuttal argument by Mr. Gaide.

Court states its findings and conclusions.

**ORDERED:**  Plaintiff's Emergency Motion for Temporary Restraining Order (Doc #3), filed 2/28/11, is **DENIED.**

**5:01 p.m.**     **COURT IN RECESS**

**Total in court time:**     337 minutes

**Hearing concluded**