**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:**   11-cv-00475-PAB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:**   May 16, 2011 | **Courtroom Deputy:**   Linda Kahoe |

| | |
|---|---|
| CEDARBURG PHARMACEUTICALS, INC., | Paul M. Gaide |
| Plaintiff, | |
| v. | |
| MBC PHARMA, INC., | Daniel James Culhane |
| JUDICIAL ARBITER GROUP, INC., | Victor F. Boog |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:      8:32 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.

**ORDERED:**   The Joint Stipulated Motion for Relief, doc #[23], is **GRANTED**.  All pretrial proceedings are **STAYED ONLY UNTIL JUNE 24, 2011.**  The parties are **REQUIRED** to file a Joint Status Report by **JUNE 23, 2011**, advising the court of the status of the arbitration.  Based upon the developments, the court will either extend the stay for an indefinite period, or will extend the stay for a specified period, or the court will set the matter for a further status conference to determine how to move the case forward.

HEARING CONCLUDED.

**Court in recess:         8:43 a.m.**
Total time in court:    00:11

## POST RECESS ORDER

By Magistrate Judge Craig B. Shaffer

In light of the ruling on the Joint Stipulated Motion for Relief, doc #[23], **IT IS ORDERED** that the Joint Stipulated Motion for Relief, doc #[20], filed 4/27/2011, is **DENIED as MOOT**.

Dated: May 16, 2011

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.