IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00475-PAB-CBS

CEDARBURG PHARMACEUTICALS, INC.,

    Plaintiff,

v.

MBC PHARMA, INC., a Colorado corporation, and
JUDICIAL ARBITER GROUP, INC., a Colorado corporation,

    Defendants.

## ORDER

This matter comes before the Court on the Stipulated Motion for Dismissal of Judicial Arbiter Group, Inc. With Prejudice [Docket No. 46].   It is

**ORDERED** that the Stipulated Motion for Dismissal of Judicial Arbiter Group, Inc. With Prejudice [Docket No. 46] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all of plaintiff's claims against defendant Judicial Arbiter Group, Inc. are dismissed with prejudice, with each party to bear its own attorney's fees and costs.

DATED December 23, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge