IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00475-PAB-CBS

CEDARBURG PHARMACEUTICALS, INC.,

    Plaintiff,

v.

MBC PHARMA, INC., a Colorado corporation, and
JUDICIAL ARBITER GROUP, INC., a Colorado corporation,

    Defendants.

**ORDER**

    This matter comes before the Court on the Stipulation of Dismissal With Prejudice [Docket No. 54-1] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by plaintiff and defendant MBC Pharma, Inc.

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties may voluntarily dismiss a case without a court order by filing: "(ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). All of the parties who have appeared in the case have not signed the stipulation. Docket No. 54-1 at 2. Therefore, Rule 41(a)(1)(A)(ii) is inapplicable.

    Nevertheless, Rule 41(a)(2) allows for the dismissal of all claims against a particular defendant. Accordingly, the Court construes the stipulation as a motion to dismiss all claims against defendant MBC Pharma, Inc. pursuant to Rule 41(a)(2).

    Therefore, it is

**ORDERED** that the Stipulation of Dismissal With Prejudice [Docket No. 54-1] is **CONVERTED** into a Rule 41 Motion for Dismissal with Prejudice and is **GRANTED**. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all of plaintiff's claims against defendant MBC Pharma, Inc. are dismissed with prejudice, with each party to bear its own attorney's fees and costs. It is further

**ORDERED** that this case shall be closed in its entirety.

DATED December 23, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge